AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Lewis Starks, et al., )
)
_Plaintiff_ )
)
v. ) Civil Action No.
Wings to Go, Inc., et al. )
)
_Defendant_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ NIPU, Inc.
3825 Pennsylvania Avenue, SE
Washington, DC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter T. Grossi, Esq.          Matthew K. Handley, Esq.
Arnold & Porter, LLP           Wash. Lwyrs Com. for Civ. Rights & Urban Affairs
555 Twelfth Street, NW         11 Dupont Circle, NW, Suite 400
Washington, DC 20004-1206      Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_ANGELA D. CAESAR, CLERK OF COURT_

Date: _____          _____
                                       _Signature of Clerk or Deputy Clerk_